IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, a/k/a Emmanuel E. Elder, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. Action No. 08-786-GMS ) |
| NANCY PEARSALL, et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 16th day of June, 2011, for the reasons set forth in the Memorandum issued this date;

1. The motions for summary judgment are **granted**. (D.I. 99, 103.)

2. The court declines to exercise jurisdiction over the supplemental state claims.

3. The Clerk of Court is directed to enter judgment in favor of the defendants and against the plaintiff and to **close** the case.

_____
CHIEF, UNITED STATES DISTRICT JUDGE